

NUMBER 13-10-00252-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JEREMY SCHLOSSER,                                                       Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

On Appeal from the 94th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

Before Justices Rodriguez, Benavides, and Vela
Memorandum Opinion Per Curiam

Appellant, Jeremy Schlosser, by and through his attorney, has filed a motion to dismiss his appeal because he was granted a new trial on punishment and no longer wishes to appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure

42.2(a) and dismiss the appeal.   Having dismissed the appeal at appellant's request, no

motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Do not publish.   *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
5th day of August, 2010.